FILED
JAMES BONINI
CLERK

09 MAR 24 AM 10:52

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV. CINCINNATI

To whom it may concern:

This purpose of this letter is to follow-up with a conversation that I had with an individual from the Clerk's Office on Friday, March 19th, 2009. The individual with whom I spoke with confirmed that all of my paperwork was filed correctly and allayed my concerns regarding the date on my Right to Sue Letter (s).

Please consider this letter as a motion for a "John Doe" lawsuit. Briefly, my rationale is a John Doe Lawsuit is necessary to preserve the integrity of the forum. First, according to a Saturday, August 23rd, Cincinnati Enquirer an executive in a similar situation was permitted to have a "John Doe" lawsuit. Second, if I cannot have a "John Doe" lawsuit or if efforts are not made to classify significant portions of my case, then the law is irrelevant. Based on precedent (assuming perfect information), I estimate the "value" of the suit to be between $200,000 and $300,000 (mean suit $100,000). However, the stigma and negative perceptions and associations that could result from a case such as this would most likely have a much greater impact on forgone earnings that are likely to occur over my "lifetime." Consequently, even if I felt that there was a 100% chance of "winning" $300,000, if I were "rationale" it would most likely still not be in my "interests" to file a lawsuit. Third, it is my understanding that my case should fall under the NEP (national enforcement plan) of the EEOC and has the potential to advance discrimination law. Most importantly, I have just reviewed my EEOC case file. Interestingly, for the first time, I have seen my former company's position statement, despite asking for it multiple times. Upon review, I have noted the following concern: In my assessment, either my former company and/or contractor (or party they communicate with) obtained my medical records, and they not only leveraged that information against me when I was employed but also in their position statement.

Regards,

[signature]

"John Doe"