(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
JAMES BONINI
CLERK

09 MAR 27 AM 10: 13

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**Plaintiff(s)**

"John Doe"

vs.

**Defendants(s)**

Procter and Gamble

Case No.

**1:09 CV 222**

J. DLOTT

J. BLACK

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?  Yes___  No ✓
   A. If you answered "Yes":
     (1) What is the name and address of your employer
_____
_____

     (2) How much do you earn per month?
     I receive unemployment benefits. I have been unemployed since my termination on June 2nd 2008.

   B. If you answered "No"
     (1) Have you ever been employed?  Yes ✓  No___
     If yes, what was the last year and month you were employed? Don't recall. It was when I was Honorably Discharged from the Army.
     How much did you earn a month? Whatever the unemployment benefit rate was.

II. What is your marital status?
   Single ✓   Married___   Widowed___   Divorced___
   A. If you answered "Married":
     (1) Is your spouse employed?  Yes___  No___
     If yes, how much does your spouse earn each month?
     $_____

III. Do you have any dependents?  Yes___  No ✓
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes ✓  No___
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Checking/Savings Interest | $ N/A (insignificant) |  | $ |
| VA PMT | $ N/A (disability rating) PMT |  | $ |
| Any dividends or other income | $ N/A |  | $ |

\* Disclaimer: I expressly reserve the right to revise, correct, add to, supplement, or clarify any of the information stated above.

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
Yes ✓   No ___

A. If you answered "Yes", state the combined total amount:
$ 4,500 . (approximate total of checking and savings)

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
Yes ✓   No ___

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Condo | $ 100,000 (approximation) | | $ |
| Automobile | $ 10,000 (approximation) | | $ |
| Stocks | $ N/A (too volatile) | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| HOA Association | $ 180/month | Potential Debt | $ 15,000 (estimate) |
| Citi Mortgage Loan | $ 650/month | Mortgage | $ 80,000 (estimate) |
| Electricity | $ 250/month | Travel Expenses | $ 1,000/month |
| Cable, Internet, Other | $ 150/month | | $ |

VIII. State your address and telephone number where the Court can reach you.
5372 Heather Circle    (315)-778-1429
Mason, OH 45040

I declare under penalty of perjury that the above information is true and correct.

18 March 09
Date

_____
Signature of Applicant

* Disclaimer! I wish to proceed as "John Doe" until I have the opportunity to obtain sound advice concerning the "forum."

* Disclaimer: I expressly reserve the right to revise, correct, add to, supplement, or clarify any of the information stated above.