UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE,

    Plaintiff,

vs.

THE PROCTER & GAMBLE COMPANY,

    Defendant.

Case No. 1:09-cv-222

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action is before the Court on Plaintiff's motion for more time (Doc. 72) and Defendant's motion to stay the calendar (Doc. 73).[1] Specifically, the parties request additional time to mediate this case. On July 13, 2010, this Court ordered the parties to schedule a mediation forthwith. (Doc. 71). Nearly three months later, the parties have failed to do so. Therefore, this Court **ORDERS** the parties within 30 days to set this case for mediation and file a notice with the Court of the date, time, and location of the mediation.

The Court hereby enters the following Amended Calendar Order:

| | |
|---|---|
| Notice regarding mediation: | **October 31, 2010** |
| Discovery deadline: | **January 14, 2011** |
| Dispositive motion deadline: | **February 25, 2011** |
| Status conference by telephone parties shall call into 1-888-684-8852[2]: | **March 25, 2011 @ 1:00 p.m.** |
| Final pretrial conference in Cincinnati Chambers, Room 815: | **June 10, 2011 at 10:00 a.m.** |
| Jury Trial in Cincinnati Courtoom 836: | **June 27, 2011 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date: October 1, 2010

s/Timothy S. Black
Timothy S. Black
United States District Judge

---

[1] The parties' motions (Docs. 72, 73) are hereby **GRANTED IN PART AND DENIED IN PART** as explained herein.

[2] Access code 8411435; Security code 123456.